# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TAX RELIEF HELPERS, INC.**<br><br>*Defendant*. | Case No. 1:24-cv-05166<br><br>Hon. Elaine Bucklo |

## NOTICE OF PRESENTMENT OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on January 22, 2025 at 9:45 a.m., we shall appear before the Honorable Elaine E. Bucklo in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the Plaintiff's Motion to Compel Discovery Responses.

Dated: January 16, 2025

                                                  PLAINTIFF,
                                                  By his attorneys

                                    By:   */s/ Anthony I. Paronich*
                                              Anthony Paronich
                                              PARONICH LAW, P.C.
                                              350 Lincoln Street, Suite 2400
                                              Hingham, MA 02043
                                              Telephone:  (617) 485-0018
                                              Facsimile:   (508) 318-8100
                                              Email: anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on January 16, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

                                              */s/ Anthony Paronich*
                                              Anthony Paronich