# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jorge Rojas
                              Plaintiff,

v.                                          Case No.: 1:24–cv–05166
                                            Honorable Elaine E. Bucklo

Tax Relief Helpers, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

    MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' motion to compel responses to discovery including the production of calling data necessary for class certification [9] is referred to Magistrate Judge McNally. The motion is to be noticed before her consistent with her Standing Order Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.