# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>**TAX RELIEF HELPERS, INC.**<br><br>    *Defendant*. | Case No. 1:24-cv-05166<br><br>Hon. Laura K. McNally |

## NOTICE OF PRESENTMENT OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on February 13, 2025 at 10:00 a.m., we shall appear before the Honorable Laura K. McNally in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the Plaintiff's Motion to Compel Discovery Responses.

Dated: January 22, 2025

            PLAINTIFF,
            By his attorneys

          By: */s/ Anthony I. Paronich*
            Anthony Paronich
            PARONICH LAW, P.C.
            350 Lincoln Street, Suite 2400
            Hingham, MA 02043
            Telephone: (617) 485-0018
            Facsimile: (508) 318-8100
            Email: anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on January 22, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

            */s/ Anthony Paronich*
            Anthony Paronich