UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>                *Plaintiff*,<br>  v.<br><br>**TAX RELIEF HELPERS, INC.**<br><br>                *Defendant*. | Case No. 1:24-cv-05166<br><br>Hon. Elaine Bucklo |

## **REVISED 26(F) REPORT**

Pursuant to this Court's September 30, 2024 Order (ECF No. 7), the plaintiff Jorge Rojas and defendant Tax Relief Helpers, Inc. ("Tax Relief Helpers" or "Defendant") revised 26(f) report.

**Status of Discovery:** The Plaintiff has served discovery and the parties have began discussing depositions of the Defendant's representatives identified in discovery. However, as outlined in the Plaintiff's Motion to Compel (ECF No. 9), the Defendant has not made any document production, including with respect to documents it has agreed to produce, despite making prior representations that they would be provided. As such, the Plaintiff's Motion to Compel remains pending and has been noticed in front of Judge Laura K. McNally (ECF No. 13).

The parties propose the following schedule and information required by the Court's Order:

| EVENT | DEADLINE/DATE |
|:---:|:---:|
| Initial Disclosures | October 10, 2024 |

| | |
|:---:|:---:|
| Discovery | May 30, 2025 |
| Plaintiff Expert Reports | May 19, 2025 |
| Defendant's Expert Reports | June 20, 2025 |
| All Expert Discovery Completed | August 1, 2025 |
| Class Certification filing deadline | August 19, 2025 |
| Status Conference post MSJ and Class Certification | TBD |
| Final Pre-Trial Order | TBD |
| Trial | TBD |

1. **Settlement**

The parties are mediating this matter in front of Hon. David Jones (Ret) in April of 2025.

2. **Consent.**

The parties do not unanimously consent to proceed before a Magistrate Judge.

Dated: January 22, 2025

        PLAINTIFF,
        By his attorneys

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com

DATED: January 22, 2025        Respectfully submitted,

        **Defendant Tax Relief Helpers, Inc.**

By:   */s/ Kevin J. Cole*
     Kevin J. Cole, Esq. (kevin@kjclawgroup.com)
     **KJC LAW GROUP, A.P.C.**
     20 N. Clark Street, Suite 3300
     Chicago, Illinois 60602
     Telephone: (310) 861-7797

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, I electronically filed the foregoing through the Court's CM/ECF System.

        */s/ Anthony I. Paronich*
        Anthony I. Paronich, *Pro Hac Vice*