# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jorge Rojas
                         Plaintiff,

v.                                        Case No.: 1:24–cv–05166
                                                           Honorable Elaine E. Bucklo

Tax Relief Helpers, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court adopts the revised 26(F) report. Fact Discovery is extended and ordered closed by 5/30/2025. Pending mediation, Status hearing is reset for 6/9/2025 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint status report by 6/2/2025 and the court will enter an appropriate order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.