**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **TAX RELIEF HELPERS, INC.** <br><br> *Defendant*. | Case No. 1:24-cv-05166 <br><br> Hon. Elaine Bucklo |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES

The plaintiff Jorge Rojas and defendant Tax Relief Helpers, Inc. jointly request a week extension on each of their briefs regarding the Plaintiff's recently filed motion to compel. This extension will assist the parties regarding the scope of the dispute, provide them time to address all argument raised therein, and potentially resolve some of those disputes.

The parties request that the Defendant be provided until February 7, 2025 for their opposition and the Plaintiff be permitted until February 21, 2025 for his reply.

Dated: January 30, 2025

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,
By its attorneys

By:     */s/ Kevin J. Cole*
        Kevin J. Cole, Esq. (kevin@kjclawgroup.com)
        **KJC LAW GROUP, A.P.C.**
        20 N. Clark Street, Suite 3300
        Chicago, Illinois 60602
        Telephone: (310) 861-7797

        *Tax Relief Helpers, Inc.*


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2025, I electronically filed the foregoing through the

Court's CM/ECF System.

        */s/ Anthony I. Paronich*
        Anthony I. Paronich, *Pro Hac Vice*