UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TAX RELIEF HELPERS, INC.,<br><br>    Defendant. | Case No. 1:24-cv-05166<br><br>*Assigned to District Judge Elaine E. Bucklo & Magistrate Judge Laura K. McNally* |

**DECLARATION OF KEVIN J. COLE IN RESPONSE TO PLAINTIFF's MOTION TO COMPEL**

I, Kevin J. Cole, declare as follows:

1. I am licensed to practice before this Court. I am counsel of record for Defendant Tax Relief Helpers, Inc. ("TRH").

2. I submit this Declaration in response to the Court's February 7, 2025 Order (ECF 21) addressing TRH's Response to Plaintiff's Motion to Compel (ECF 20).

3. More specifically, after TRH filed its Response (ECF 20) to Plaintiff's Motion to Compel (ECF 9), the Court ordered that TRH "shall file either a certification of completeness on the production or a declaration as to what materials remain outstanding," along with amended discovery responses, by 3:00 tomorrow (February 10, 2025). (ECF 21.)

4. I submit this Declaration to address those materials that remain outstanding, as my client's production is not yet complete.

5. Plaintiff's Motion to Compel seeks three categories of documents:

1

      (i)    <u>RFP No. 15:</u>[1] Documents sufficient to identify outbound telemarketing calls sent by either TRH or "vendors on any lead generation or customer acquisition campaigns," including "(a) the date and time; (b) the caller ID; (c) any recorded message used; (d) the result; (e) identifying information for the recipient; and (f) any other information stored by the call detail records."

      (ii)    <u>RFP Nos. 2, 3 & 14:</u> Documents that bear on whether TRH had consent to make the calls at issue.

      (iii)    <u>RFP No. 5:</u> Documents that reflect "requests for Do Not Call, [or] complaints related to the TCPA or pre-recorded messages." (ECF 9 at PageID # 39 [reflecting counsels' agreement to narrow the scope of RFP No. 5, following meet-and-confer efforts].)

6. With respect to the first two categories identified above, I am satisfied that TRH has already produced all responsive documents within its possession, custody, or control. Attached hereto as **Exhibit A** is a true and correct copy of TRH's Amended Discovery Responses (which I served on Plaintiff's counsel today, February 9, 2025, at 1:19 p.m. CST). As reflected in those Responses:

      (i)    TRH has since produced over 1,300 call recordings, which reflect (a) calls that had been made by lead generators who ultimately sold "leads" to TRH (as explained in the Amended Responses, the lead generators made those calls without TRH's prior knowledge or consent), (b) live outbound calls

---

[1] Plaintiff's Motion to Compel identifies this category of documents as being responsive to RFP No. 19; however, the RFP at issue is No. 15 (not 19; the RFPs consisted of only 16 total requests).

    (i.e., non-prerecorded) that TRH made after it obtained those leads, and (c) detailed information (captured in Excel spreadsheets) about each call (e.g., contact ID, duration of the call, persons involved in those calls, etc.). (RFP No. 15.)

 (ii) TRH has since produced an email that was supposedly sent to it from the entity that made the calls (SAS), which is the only document in TRH's possession, custody, or control that addresses the issue of consent. (RFP Nos. 2, 3 & 14.)

 (iii) TRH amended its response to RFP No. 5 to state that it "has agreed to, and will, produce 'requests for Do Not Call, complaints related to the TCPA or pre-recorded messages.'" (RFP No. 5.)

7. All that remains to be produced are documents that reflect "requests for Do Not Call, [or] complaints related to the TCPA or pre-recorded messages." TRH had focused its efforts on the actual calls themselves—and more specifically, attempting to figure out who actually made those calls (which it now understands was SAS)—but TRH is now compiling any DNC complaints, or those complaints related to the TCPA or prerecorded messages. TRH expects to complete its production in one week from tomorrow (i.e., by February 17, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Los Angeles, California, on February 9, 2025.

       By: /s/ *Kevin J. Cole*
         Kevin J. Cole

       *Attorneys for Defendant*
       *Tax Relief Helpers, Inc.*

## **CERTIFICATE OF SERVICE**

I, Kevin J. Cole, an attorney, certify that I electronically filed the foregoing **DECLARATION OF KEVIN J. COLE IN RESPONSE TO PLAINTIFF's MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record on this 9th day of February, 2025.

By: */s/ Kevin J. Cole*
Kevin J. Cole, Esq. (kevin@kjclawgroup.com)
**KJC LAW GROUP, A.P.C.**