UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TAX RELIEF HELPERS, INC.**<br><br>*Defendant*. | Case No. 1:24-cv-05166<br><br>Hon. Elaine Bucklo |

**PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE
HIS REPLY IN SUPPORT OF THE PENDING
<u>MOTION TO COMPEL DISOCVERY RESPONSES FROM THE DEFENDANT</u>**

The plaintiff Jorge Rojas and defendant Tax Relief Helpers, Inc. previously filed a motion that the Court granted to extend their respective response deadlines, which this Court granted. *See* ECF No. 19. Then, the Defendant filed a response to the motion to compel, where frankly, their factual narrative for this mater materially changed. For the first time, the indicated that a sub-vendor of theirs sent the pre-recorded calls at issue. As a result, this Court asked the Defendant to properly amend their responses. *See* ECF No. 21.

The Defendant did so, but also indicated that it intends to further supplement its responses. *See* ECF No. 22. Furthermore, the parties met and conferred on February 12, 2025 regarding those responses in light of the factual narrative shift and agreed on the following:

- The Defendant is currently unsure if pre-recorded calls were made by other vendors or sub-vendors other than the ones they've identified. They intend to supplement their response as to that issue shortly.
- The Defendant is going to supplement their production related to the vendor that they've now put at issue and any responsive information they have by March 5, 2025.
- The Defendant is going to file a Third-Party Complaint against the call center that made the pre-recorded calls by March 5, 2025.

In order to get these supplemental discovery documents and review them, the Plaintiff is asking for until March 19, 2025 to file his reply.

The Defendant does not oppose this requested relief.

Dated: February 12, 2025

                                            PLAINTIFF,
                                            By his attorneys

                                            */s/ Anthony I. Paronich*
                                            Anthony I. Paronich
                                            Paronich Law, P.C.
                                            350 Lincoln Street, Suite 2400
                                            Hingham, MA 02043
                                            (508) 221-1510
                                            anthony@paronichlaw.com


                                            DEFENDANT,
                                            By its attorneys


                                            *Tax Relief Helpers, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I electronically filed the foregoing through the Court's CM/ECF System.

                                            */s/ Anthony I. Paronich*
                                            Anthony I. Paronich, *Pro Hac Vice*