# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TAX RELIEF HELPERS, INC., <br><br> Defendant. | Case No. 1:24-cv-05166 <br><br> Honorable Elaine E. Bucklo |

## **DEFENDANT'S NOTICE OF PRESENTMENT OF RULE 19 MOTION FOR JOINDER**

To: All Counsel of Record.

PLEASE TAKE NOTICE that on March 13, 2025, Defendant Tax Relief Helpers, Inc. ("TRH") will present its Motion for Joinder to the Honorable Elaine E. Bucklo in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

DATED: March 5, 2025

Respectfully submitted,

**TAX RELIEF HELPERS, INC.**

By: */s/ Kevin J. Cole*
Kevin J. Cole, Esq. (kevin@kjclawgroup.com)
**KJC LAW GROUP, A.P.C.**
20 N. Clark Street, Suite 3300
Chicago, Illinois 60602
Telephone: (310) 861-7797

*Attorneys for Defendant
Tax Relief Helpers, Inc.*

1

## **CERTIFICATE OF SERVICE**

I, Kevin J. Cole, an attorney, certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

By: */s/ Kevin J. Cole*
Kevin J. Cole, Esq. (kevin@kjclawgroup.com)
**KJC LAW GROUP, A.P.C.**