# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TAX RELIEF HELPERS, INC.**<br><br>*Defendant*. | Case No. 1:24-cv-05166<br><br>Hon. Laura K. McNally |

## STATUS REPORT

Pursuant to this Court's March 24, 2025 Order (ECF No. 25), the plaintiff Jorge Rojas and defendant Tax Relief Helpers, Inc. ("Tax Relief Helpers" or "Defendant") submit this status report.

The Plaintiff has served discovery and the Defendant has addressed numerous alleged deficiencies in those discovery responses through supplementation, including as recently as March 16, 2025. The Plaintiff is reviewing this supplement to ascertain if judicial intervention is required. Furthermore, the parties have begun discussing depositions of the Defendant's representatives identified in discovery. However, the parties are also mediating this matter with Hon. David Jones (Ret.) on April 7, 2025. As such, any depositions will occur if that mediation session is unsuccessful.

Dated: March 18, 2025

                                              PLAINTIFF,
                                              By his attorneys

                                              */s/ Anthony I. Paronich*
                                              Anthony I. Paronich
                                              Paronich Law, P.C.
                                              350 Lincoln Street, Suite 2400

        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com

        Defendant Tax Relief Helpers, Inc.

        By: */s/ Kevin J. Cole*
        Kevin J. Cole, Esq.
        (kevin@kjclawgroup.com)
        KJC LAW GROUP, A.P.C.
        20 N. Clark Street, Suite 3300
        Chicago, Illinois 60602
        Telephone: (310) 861-7797

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I electronically filed the foregoing through the Court's CM/ECF System.

        */s/ Anthony I. Paronich*
        Anthony I. Paronich, *Pro Hac Vice*