# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated, | Case No. 1:24-cv-05166 |
| *Plaintiff*, | Hon. Laura K. McNally |
| v. | |
| **TAX RELIEF HELPERS, INC.** | |
| *Defendant*. | |

## STATUS REPORT

Pursuant to this Court's March 18, 2025 Order (ECF No. 29), the plaintiff Jorge Rojas and defendant Tax Relief Helpers, Inc. ("Tax Relief Helpers" or "Defendant") submit this status report. Due to information revealed in third party discovery, the parties have continued the mediation until May 1, 2025. However, the parties have confirmed that the session will move forward. Furthermore, also because of information revealed in third party discovery, the Defendant intends to withdraw its Motion for Joinder (ECF No. 26) shortly.

Dated: April 23, 2025

                                          PLAINTIFF,
                                          By his attorneys

                                          */s/ Anthony I. Paronich*
                                          Anthony I. Paronich
                                          Paronich Law, P.C.
                                          350 Lincoln Street, Suite 2400
                                          Hingham, MA 02043
                                          (508) 221-1510
                                          anthony@paronichlaw.com

                                          Defendant Tax Relief Helpers, Inc.

                                          By: */s/ Kevin J. Cole*

                                                Kevin J. Cole, Esq.
                                                (kevin@kjclawgroup.com)
                                                KJC LAW GROUP, A.P.C.
                                                20 N. Clark Street, Suite 3300
                                                Chicago, Illinois 60602
                                                Telephone: (310) 861-7797

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2025, I electronically filed the foregoing through the Court's CM/ECF System.

                                                */s/ Anthony I. Paronich*
                                                Anthony I. Paronich, *Pro Hac Vice*