# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br> v.<br><br>**TAX RELIEF HELPERS, INC.**<br><br>    *Defendant*. | Case No. 1:24-cv-05166<br><br>Hon. Laura K. McNally |

## NOTICE OF SETTLEMENT

The parties file the notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: May 14, 2025

        PLAINTIFF,
        By his attorneys

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com


        Defendant Tax Relief Helpers, Inc.

        By: */s/ Kevin J. Cole*
        Kevin J. Cole, Esq. (kevin@kjclawgroup.com)
        KJC LAW GROUP, A.P.C.
        20 N. Clark Street, Suite 3300
        Chicago, Illinois 60602
        Telephone: (310) 861-7797

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing through the Court's CM/ECF System.

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*