# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                      Plaintiff,

v.                                                                    Case No.: 1:24–cv–05166
                                                                     Honorable Elaine E. Bucklo

Tax Relief Helpers, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

       MINUTE entry before the Honorable Laura K. McNally. The Court congratulates the parties on reaching a settlement in principle. Video status hearing set for 7/17/25 at 9:30 a.m., absent the filing of a stipulation of dismissal before that date. The 5/30/25 status report is stricken. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.