## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas
                                    Plaintiff,

v.                                                            Case No.: 1:24−cv−05166
                                                              Honorable Elaine E. Bucklo

Tax Relief Helpers, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

    MINUTE entry before the Honorable Elaine E. Bucklo:The Court has reviewed the joint status report. Pending status conference before Magistrate Judge McNally, the status hearing is reset for 7/24/2025 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 7/18/2025. The court will enter a scheduling order in response to the status report. If a stipulation to dismiss is submitted in advance of that date, the hearing will be stricken. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.