# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>**TAX RELIEF HELPERS, INC.**<br><br>    *Defendant*. | Case No. 1:24-cv-05166<br><br>Hon. Laura K. McNally |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: July 17, 2025

        PLAINTIFF,
        By his attorneys

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com


        Defendant Tax Relief Helpers, Inc.

        By: */s/ Kevin J. Cole*
        Kevin J. Cole, Esq. (kevin@kjclawgroup.com)
        KJC LAW GROUP, A.P.C.
        20 N. Clark Street, Suite 3300
        Chicago, Illinois 60602
        Telephone: (310) 861-7797